NUMBERS 13-07-754-CR & 13-07-755-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


KENNETH JOHN COBURN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 24th District Court 


of Jackson County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Kenneth John Coburn, attempts to appeal his convictions for aggravated
assault with a deadly weapon entered in trial court cause numbers 05-11-7326 and 05-12-7340. In each of these cases, the trial court has certified that this is a "plea-bargain case,
and the defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On February 22, 2008, this Court notified appellant's counsel of the trial court's
certifications and ordered counsel to: (1) review the records; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings
as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certifications.

 On March 3, 2008, counsel filed a letter brief with this Court addressing these
issues. Counsel's response does not establish that the certifications currently on file with
this Court are incorrect or that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, these appeals
are DISMISSED. Any pending motions are denied as moot.

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 20th day of March, 2008.